## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**HAROLD SEYMORE,**

    **Plaintiff,**

**v.**                                           **Case No. 4:20cv60-TKW-MAF**

**CAPTAIN J. CHUN, et al.,**

    **Defendants.**

_____/

## O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed for failure to prosecute and failure to comply with a court order. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted by the Court and incorporated into this Order, this case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 8th day of June, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**